JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
T. (702) 383-6000
F. (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorneys for Defendant
ALLSTATE FIRE AND CASULATY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CARTER,<br><br>Plaintiffs,<br><br>vs<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and DOES 1-20, inclusive<br>Defendants. | CASE NO.: 2:16-cv-00881-JAD-NJK<br><br>ECF No. 26 |

### STIPULATION AND ORDER FOR DISMISSAL (WITH PREJUDICE) OF PLAINTIFF'S CONTRACTUAL CLAIMS ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that Plaintiff's Contractual Claims in the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs. This Stipulation does not include a dismissal of Plaintiff's Extra-Contractual Claims.

. . .

. . .

. . .

. . .

1

| | |
|---|---|
| DATED this ___ day of December, 2017. | DATED this 19 day of December, 2017. |
| GANZ & HAUF | PYATT SILVESTRI |
| /s/ #8078 | /s/ |
| DAVID T. GLUTH, ESQ.<br>Nevada Bar No. 10596<br>8950 W. Tropicana Ave., Suite 1<br>Las Vegas, NV 89147<br>Attorneys for Plaintiff<br>MARIA CARTER | JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>BRIAN W. GOLDMAN, ESQ.<br>Nevada Bar No. 6317<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant,<br>ALLSTATE FIRE AND CAUSUALTY<br>INSURANCE COMPANY |

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 26-1] and as the parties' arbitration has concluded, IT IS HEREBY ORDERED that **the Motion to Lift Stay [ECF No. 26] is GRANTED**, and **THE STAY is lifted**;

IT IS FURTHER ORDERED that the parties' contractual claims are DISMISSED with prejudice, each side to bear its own fees and costs. This case will proceed on the remaining extra-contractual claims.

_____
U.S. District Judge Jennifer Dorsey
January 22, 2018

Submitted by:

PYATT SILVESTRI

/s/
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant
ALLSTATE FIRE AND CASULATY
INSURANCE COMPANY