JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
T. (702) 383-6000
F. (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorneys for Defendant
*ALLSTATE FIRE AND CASULATY*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CARTER, | CASE NO.: 2:16-cv-00881-JAD-NJK |
| Plaintiffs, | ECF Nos. 32, 33 |
| vs | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and DOES 1-20, inclusive | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL (WITH PREJUDICE) OF PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that Defendant's pending Motion for Summary Judgment (Doc. #32) shall be withdrawn and Plaintiff's Complaint in the above-referenced matter shall be dismissed (with prejudice) in its entirety. Each party to bear their own fees and costs.

. . .

. . .

. . .

. . .

| | |
|---|---|
| DATED this ___ day of March, 2018.<br>GANZ & HAUF<br><br>_____<br>JEFFREY L. GALLIHER, ESQ.<br>Nevada Bar No. 8078<br>8950 W. Tropicana Ave., Suite 1<br>Las Vegas, NV 89147<br>Attorneys for Plaintiff<br>*MARIA CARTER* | DATED this 29 day of March, 2018.<br>PYATT SILVESTRI<br><br>_____<br>JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>BRIAN W. GOLDMAN, ESQ.<br>Nevada Bar No. 6317<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant,<br>*ALLSTATE FIRE AND CAUSUALTY INSURANCE COMPANY* |

### ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 33] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Motion for Summary Judgment [ECF No. 32] is DENIED as moot. And the Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 3-29-18

Submitted by:

PYATT SILVESTRI

_____
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant
*ALLSTATE FIRE AND CASULATY INSURANCE COMPANY*

Pyatt Silvestri
701 Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000